## CLAUD NICHOLS V. STATE

No. 33,230. March 29, 1961

WOODLEY, Presiding Judge, absent.

*Clyde Elliott, Jr.,* Canton, for appellant.

*Leon Douglas,* State's Attorney, Austin, for the state.

MORRISON, Judge

The offense is driving while intoxicated; the punishment, a fine of $50.00.

The complaint appearing in the transcript is not sworn to before any official or person in authority and is therefore insufficient to constitute the basis for a valid information. Purcell v. State, 167 Tex. Cr. Rep. 565, 317 S.W. 2d 208.

The punishment assessed is less than the minimum, and the

judgment cannot stand. Malone v. State, 168 Tex. Cr. Rep. 409, 328 S.W. 2d 310.

For the reasons set forth, the judgment is reversed and the prosecution ordered dismissed.